IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RONNY MARK ALDRIDGE,

        Petitioner,

v.

DIRECTOR, TDCJ-CID,

        Respondent.

No. 5:21-CV-00266-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed with prejudice.

Dated August 5, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge